**James Allen MORRIS, Petitioner—
Appellant,**

v.

**Warden Joyce FRANCIS, The Attorney
General of the State of Mississippi,
Respondent—Appellee.**

No. 08–6960.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 19, 2008.

James Allen Morris, Appellant Pro Se.
Rita R. Valdrini, Assistant United States
Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Allen Morris appeals the district
court's order accepting the recommendation of the magistrate judge and denying
relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the district court. *Morris v. Warden Joyce
Francis,* No. 2:06–cv–00024–REM–JSK, 2008 WL 2202480 (N.D.W.Va. May 27,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*AFFIRMED.*